**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
        **Richmond**    **Division**

| | |
|---|---|
| In re:  Frank & Carol Powell ) | |
| ) | |
| ) | Case No.    13-31170-KRH |
| ) | |
| ) | |
| Debtor(s)            ) | Chapter    13 |
| ) | |
| Address    206 Secretaria Ct.            ) | |
|         Aspen, VA 23005            ) | |
| ) | |
| Address    14107 Longbranch Rd         ) | |
|         Woodford, VA 2258            ) | |
| ) | |
| Last four digits of Social Security No(s).: 3105 & 5972 ) | |
| ) | |
| ) | |

## NOTICE OF MOTION

Frank & Carol Powell    have filed papers with the court to Waive the requirement to file
Certification pursuant to 11 USC 1328 as to Carol Powell only.

        **Your rights may be affected.  You should read these papers carefully and discuss them with
your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish
to consult one.)**

        If you do not want the court to grant the relief sought in the motion (or objection), or if you
want the court to consider your views on the motion (or objection), then on or before
April 8, 2016, you or your attorney must:

        X        File with the court, at the address shown below, a written request for a hearing [or a
        written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for
        hearing (or response) to the court for filing, you must mail it early enough so the court will
        **receive** it on or before the date stated above.

                Clerk of Court
                United States Bankruptcy Court
                701 East Broad Street
                Richmond, VA 23219

        You must also mail a copy to:

                America Law Group, Inc.

8501 Mayland Dr.,  Ste 106
Henrico, VA 23294

X        Attend a hearing to be scheduled at a later date.  You will receive separate notice of
         hearing.  **If no timely response has been filed opposing the relief requested, the court
         may grant the relief without holding a hearing.**

☐        Attend the hearing on the motion (or objection) scheduled to be held on _____
         _____ at _____ _____ . m. at United States
         Bankruptcy Court,  701 East Broad Street, Crtrm <5100/5000>  Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose
the relief sought in the motion or objection and may enter an order granting that relief.

Date:  3/25/2016                            Signature, name, address, and telephone number of
                                            person giving notice:
                                            /s/ Richard J. Oulton
                                            Richard J. Oulton, Esq.
                                            America Law Group, Inc.
                                            8501 Mayland Dr., Ste 106
                                            Henrico, VA 23294
                                            Virginia State Bar No.   29640
                                            Counsel for     Frank and Carol Powell

                          Certificate of Service

I hereby certify that I have this 25th day of March_____, 2016, mailed or hand-delivered a true copy of
the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

                                            /s/ Richard J. Oulton
                                            Richard J. Oulton, Esq.

## *Creditors*

**247 Green Street**
416 South Main Ste 3
Ottawa, KS 66067-0000

**Afni Inc**
1310 Martin Luther King Dr.
PO Box 3517
Bloomington, IL 61702-3517

**Alliance One**
1684 Woodlands Drive

Maumee, OH 43537-0000

**America Law Group**
dba:The Debt Law Group, PLLC
2800 N Parham Rd, Ste 100
Henrico, VA 23294

**American InfoSource LP as agent for**
Midland Funding LLC
PO Box 268941

Oklahoma City, OK 73126-8941

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**ARS National Services**
PO Box 463023
Escondido, CA 92046-3023

**Calvary Portfolio Services**
Attn: Bankruptcy Dept
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595-0000

**Capital 1 Bank**
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0000

**Capital One Auto Finance**
3901 N Dallas Pkwy
Plano, TX 75093-0000

**Capital One Auto Finance**
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

**Capital One Auto Finance, a division of Capital On**
P.O. Box 201347
Arlington, TX 76006

**Cash Call**
1600 S Douglass Rd
Anaheim, CA 92806-0000

**Cash Net USA**
200 West Jackson, Ste 2400
Chicago, IL 60606-0000

**Cash Net USA**
200 W Jackson Blvd, Ste 1400
Chicago, IL 60606

**CashCall**

c/o National Registered Agents
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-0000

**Cashcall Inc**
Attn: Bankruptcy Dept
1600 S Douglass Rd
Anaheim, CA 92806-0000

**CASHCALL, INC.**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE. 400
SEATTLE, WA 98121

**Cashnet USA**
c/o Capital Corporate Services
10 S Jefferson St, Ste 1400
Roanoke, VA 24011-0000

**Cavalry Portfolio Services**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Chase Auto**
Po Box 15298
Wilmington, DE 19850-0000

**Check into Cash**
5053 Jefferson Davis Hghwy
Fredericksburg, VA 22408-0000

**Check Into Cash**
PO Box 550
Cleveland, TN 37364-0550

**Citibank Sd, Na**
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0000

**Citibank Usa**
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195-0000

**CK Marketing**
704 North King Street #500
Wilmington, DE 19801-0000

**Client Services Inc**
3451 Harry Truman Blvd
Saint Charles, MO 63301-3236

**Convergent Outsourcing**
10750 Hammerly Blvd #200
Houston, TX 77043-0000

**Cover Me Cash**
PO Box 388
Parshall, ND 58770-0000

**Cox Communications**
PO Box 62549
Virginia Beach, VA 23466-0000

**Crd Prt Asso**
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380-0000

**Credit First/CFNA**
Bk13 Credit Operations
PO Box 818011
Cleveland, OH 44181-0000

**Express Check Advance**
2034 Hamilton Place Blvd
Suite 100
Chattanooga, TN 37421-0000

**Express Check Advance**
10679 Courthouse Rd
Fredericksburg, VA 22407-0000

**EZ Payday Cash**
1559-B Sloat Blvd.
Suite 161
San Francisco, CA 94132-0000

**Fingerhut**
6250 Ridgewood Rd
Saint Cloud, MN 56303-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**Gentle Breeze**
PO Box 1120
Boulevard, CA 91905-0000

**Hanover Fire EMS**
PO Box 683
Lewisville, NC 27023-0000

**Henrico Doctor's Hospital**
PO Box 13620
Richmond, VA 23225-8620

**Henrico Doctors Hospital**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Henrico Parham Rehab**
PO Box 13620
Richmond, VA 23225-0000

**HSBC Bank**
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-0000

**Hunter Warfield**
4620 Woodland Corporate Blvd
Tampa, FL 33614-0000

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**JPMORGAN CHASE BANK, N.A.**
NATIONAL BANKRUPTCY DEPARTMENT
P.O. BOX 29505 AZ1-1191
PHOENIX, AZ 85038-9505

**Kendalwood Apartments**
Hunter Warfield, Inc.
4620 Woodland Corporate Blvd
Tampa, FL 233614

**Kendalwood Apartments**
214 Kings Mill Ct
Fredericksburg, VA 22401-0000

**Metrocast Comm**
115 N Main St
Bowling Green, VA 22427-0000

**National Asset Recovery Servic**
PO Box 1898
Saint Charles, MO 63301-0000

**Nationwide Credit**
2015 Vaughn Rd NW
Ste 300
Kennesaw, GA 30144-7802

**Orchard Bank**
2012 Corporate Lane
Suite 108
Naperville, IL 60563-0000

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

**Premier Bankcard/ Charter**
P.O. Box 2208
Vacaville, CA 95696

**Radiology Associates of Rchmnd**
2602 Buford Road
Richmond, VA 23235-0000

**Sigma Solutions**
2150 S 1300 E, Ste 500
Salt Lake City, UT 84106-0000

**Sky Lending Loan**
PO Box 665
Bridge Chambers, West Quay
Ramsey, Isle of Man IM99 4PD

**Sunoco/citi**
Attention: Bankruptcy
7920 NW 110th St.
Kansas City, MO 64153-0000

**Town of Bowling Green**
PO Box 468
Bowling Green, VA 22427-0468

**Verizon**
500 Technology Dr Ste 30
Weldon Spring, MO 63304-0000

**Verizon**
Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702-0000

**Verizon Wireless**
Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702-0000

**VIP Loan Shop**
4 Soloman Arcadia
Charlestown, West Ind

**Virginia Emer Phys LLP**
75 Remittance Drive, Ste 1151
Chicago, IL 60675-1151

**Wells Fargo Bank**
P.O. Box 5058
MAC: P6053-021
Portland, OR 97208-5058

**White Hills Cash**
Island Finance
P.O. Box 330
Hays, MT 59527-0000

**White Hills Cash LLC**
5781 W Sunrise Blvd
Plantation, FL 33313

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**


**In Re:   Frank & Carol Powell**                                                    **Case No.       13-31170-KRH**
**Debtor.**                                                                           **Chapter       13**


**DEBTORS' MOTION FOR WAIVER OF REQUREMENT TO FILE CERTIFICATION CERTIFICATION PURSUANT**
**TO 11 USC 1328**

The Debtor through her conservator, by his counsel, hereby moves to waive the requirement to file Certification pursuant to 11 U.S.C. § 1328 as to Carol Powell alone. In support of this motion he avers that:

1.    This Chapter 13 plan was filed on 3/5/2013.

2.    The Debtor's chapter 13 plan was confirmed on 5/15/2013.

3.    From that date until March 2016, the Debtors made regular monthly payments to the trustee in the full amounts provided for by the plan.

4.    Debtor Carol Powell is now deceased, and unable to certify those items necessary under 11 USC 1328.


WHEREFORE, the Debtors pray that this Court waive the requirement that the debtor complete and file a certification pursuant to 11 USC 1328.

Date:   3/25/2016                                        Frank Powell for Carol Powell
                                                         By Counsel

                                                         /s/ Richard J. Oulton, Esq.
                                                         Richard J. Oulton, Esq. VSB#29640
                                                         America Law Group, Inc.
                                                         8501 Mayland Dr., Ste 106
                                                         Henrico, VA 23294
                                                         804-308-0051 (ph)
                                                         804-308-0053 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on 3/25/2016, a true and correct copy of the foregoing Notice and Motion were submitted for electronic transmittal and/or mailed to the U.S. Trustee; Chapter 13 Trustee; and all parties in interest.

/s/ Richard J. Oulton, Esq.
Richard J. Oulton, Esq.  VSB#29640

## *Creditors*

**247 Green Street**
416 South Main Ste 3
Ottawa, KS 66067-0000

**Afni Inc**
1310 Martin Luther King Dr.
PO Box 3517
Bloomington, IL 61702-3517

**Alliance One**
1684 Woodlands Drive
Maumee, OH 43537-0000

**America Law Group**
dba:The Debt Law Group, PLLC
2800 N Parham Rd, Ste 100
Henrico, VA 23294

**American InfoSource LP as agent for**
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**ARS National Services**
PO Box 463023
Escondido, CA 92046-3023

**Calvary Portfolio Services**
Attn: Bankruptcy Dept
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595-0000

**Capital 1 Bank**
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0000

**Capital One Auto Finance**
3901 N Dallas Pkwy
Plano, TX 75093-0000

**Capital One Auto Finance**
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

**Capital One Auto Finance, a division of Capital On**
P.O. Box 201347
Arlington, TX 76006

**Cash Call**
1600 S Douglass Rd
Anaheim, CA 92806-0000

**Cash Net USA**
200 West Jackson, Ste 2400
Chicago, IL 60606-0000

**Cash Net USA**
200 W Jackson Blvd, Ste 1400
Chicago, IL 60606

**CashCall**
c/o National Registered Agents
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-0000

**Cashcall Inc**
Attn: Bankruptcy Dept
1600 S Douglass Rd
Anaheim, CA 92806-0000

**CASHCALL, INC.**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE. 400
SEATTLE, WA 98121

**Cashnet USA**
c/o Capital Corporate Services
10 S Jefferson St, Ste 1400
Roanoke, VA 24011-0000

**Cavalry Portfolio Services**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Chase Auto**
Po Box 15298
Wilmington, DE 19850-0000

**Check into Cash**
5053 Jefferson Davis Hghwy
Fredericksburg, VA 22408-0000

**Check Into Cash**
PO Box 550
Cleveland, TN 37364-0550

**Citibank Sd, Na**
Attn: Centralized Bankruptcy
PO Box 20507

Kansas City, MO 64195-0000

**Citibank Usa**
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195-0000

**CK Marketing**
704 North King Street #500
Wilmington, DE 19801-0000

**Client Services Inc**
3451 Harry Truman Blvd
Saint Charles, MO 63301-3236

**Convergent Outsourcing**
10750 Hammerly Blvd #200
Houston, TX 77043-0000

**Cover Me Cash**
PO Box 388
Parshall, ND 58770-0000

**Cox Communications**
PO Box 62549
Virginia Beach, VA 23466-0000

**Crd Prt Asso**
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380-0000

**Credit First/CFNA**
Bk13 Credit Operations
PO Box 818011
Cleveland, OH 44181-0000

**Express Check Advance**
2034 Hamilton Place Blvd
Suite 100
Chattanooga, TN 37421-0000

**Express Check Advance**

10679 Courthouse Rd
Fredericksburg, VA 22407-0000

**EZ Payday Cash**
1559-B Sloat Blvd.
Suite 161
San Francisco, CA 94132-0000

**Fingerhut**
6250 Ridgewood Rd
Saint Cloud, MN 56303-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**Gentle Breeze**
PO Box 1120
Boulevard, CA 91905-0000

**Hanover Fire EMS**
PO Box 683
Lewisville, NC 27023-0000

**Henrico Doctor's Hospital**
PO Box 13620
Richmond, VA 23225-8620

**Henrico Doctors Hospital**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Henrico Parham Rehab**
PO Box 13620
Richmond, VA 23225-0000

**HSBC Bank**
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-0000

**Hunter Warfield**

4620 Woodland Corporate Blvd
Tampa, FL 33614-0000

**Internal Revenue Service**
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**JPMORGAN CHASE BANK, N.A.**
NATIONAL BANKRUPTCY DEPARTMENT
P.O. BOX 29505 AZ1-1191
PHOENIX, AZ 85038-9505

**Kendalwood Apartments**
Hunter Warfield, Inc.
4620 Woodland Corporate Blvd
Tampa, FL 233614

**Kendalwood Apartments**
214 Kings Mill Ct
Fredericksburg, VA 22401-0000

**Metrocast Comm**
115 N Main St
Bowling Green, VA 22427-0000

**National Asset Recovery Servic**
PO Box 1898
Saint Charles, MO 63301-0000

**Nationwide Credit**
2015 Vaughn Rd NW
Ste 300
Kennesaw, GA 30144-7802

**Orchard Bank**
2012 Corporate Lane
Suite 108
Naperville, IL 60563-0000

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

**Premier Bankcard/ Charter**
P.O. Box 2208
Vacaville, CA 95696

**Radiology Associates of Rchmnd**
2602 Buford Road
Richmond, VA 23235-0000

**Sigma Solutions**
2150 S 1300 E, Ste 500
Salt Lake City, UT 84106-0000

**Sky Lending Loan**
PO Box 665
Bridge Chambers, West Quay
Ramsey, Isle of Man IM99 4PD

**Sunoco/citi**
Attention: Bankruptcy
7920 NW 110th St.
Kansas City, MO 64153-0000

**Town of Bowling Green**
PO Box 468
Bowling Green, VA 22427-0468

**Verizon**
500 Technology Dr Ste 30
Weldon Spring, MO 63304-0000

**Verizon**
Bankruptcy Administration

P.O. Box 3397
Bloomington, IL 61702-0000

**Verizon Wireless**
Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702-0000

**VIP Loan Shop**
4 Soloman Arcadia
Charlestown, West Ind

**Virginia Emer Phys LLP**
75 Remittance Drive, Ste 1151
Chicago, IL 60675-1151

**Wells Fargo Bank**
P.O. Box 5058
MAC: P6053-021
Portland, OR 97208-5058

**White Hills Cash**
Island Finance
P.O. Box 330
Hays, MT 59527-0000

**White Hills Cash LLC**
5781 W Sunrise Blvd
Plantation, FL 33313

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In Re:   Frank & Carol Powell**                                **Case No.        13-31170-KRH**
                    **Debtor.**                                          **Chapter        13**

**ORDER on DEBTOR(S) MOTION FOR WAIVER OF REQUREMENT TO FILE CERTIFICATION PURSUANT TO**
**11 USC 1328**

UPON MOTION OF THE DEBTOR by counsel, the court finds that:

5.        This chapter 13 plan was filed on 3/5/2013.

6.        The Debtor's chapter 13 plan was confirmed on 5/15/2013.

7.        From that date until the end of case, the Debtors made regular monthly payments to
          the trustee in the full amounts provided for by the plan.

8.        Debtor Carol Powell is now deceased and is unable to certify those items necessary
          under 11 USC 1328.

THEREFORE, the court
ORDERS that the requirement for the debtor to file a certification pursuant to 11 U.S.C. § 1328 is WAIVED.

Dated: _____                          _____

I ask for this:                                 Frank Powell
                                                CONSERVATOR for Carol Powell
                                                By Counsel

                                                /s/ Richard J. Oulton, Esq.
                                                Richard J. Oulton, Esq. VSB#29640
                                                America Law Group, Inc.
                                                8501 Mayland Dr., Ste 106
                                                Henrico, VA 23294
                                                804-308-0051 (ph)
                                                804-308-0053 (fax)

                                                Seen:

                                                _____
                                                Carl Bates, Chapter 13 Trustee

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on 3/25/2016, a true and correct copy of the foregoing Order was submitted for electronic transmittal and/or mailed to the U.S. Trustee; Chapter 13 Trustee; and all parties in interest.

<u>/s/ Richard J. Oulton, Esq.</u>
Richard J. Oulton, Esq.  VSB#29640

Carl Bates
P.O. Box 1819
Richmond, VA 23218

America Law Group Inc.
8501 Mayland Dr.
Suite 106
Henrico, VA 23294

Frank Powell
14107 Longbranch Rd.
Woodford, VA 22580

Carol Powell
206 Secretaria Ct.
Aspen, VA 23005